UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. REILLY, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1212 TLN CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion for extension of time to file objections to the September 2, 2020 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file his objections.

Dated:  September 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/mp
ruiz1212.36