UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>   Plaintiff,<br><br>   v.<br><br>A. REILLY, et al.,<br><br>   Defendants. | No. 2:20-cv-01212-TLN-CKD<br><br>**ORDER** |

Plaintiff Rogelio May Ruiz ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has filed objections to the findings and recommendations (ECF No. 11), and they were considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 2, 2020 (ECF No. 8), are ADOPTED IN FULL;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED; and

3. Plaintiff is granted fourteen days within which to pay the $400 filing fee for this action.

IT IS SO ORDERED.

DATED: October 6, 2020

_____
Troy L. Nunley
United States District Judge