UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>        Plaintiff,<br><br>   v.<br><br>A. REILY, et al.,<br><br>        Defendants. | No. 2:20-cv-1212 TLN CKD P<br><br><br>ORDER |

On December 21, 2020, plaintiff filed a document (ECF No. 22) in which he makes certain requests including that the court appoint plaintiff counsel and allow plaintiff to proceed in forma pauperis. Judgment was entered in this action on December 8, 2020; plaintiff's requests are therefore denied.

Dated: December 28, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ruiz1212.58

1